IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHURCH MUTUAL INSURANCE CO.,
    Plaintiff,

v.

WISSINOMING UNITED METHODIST CHURCH,
    Defendant.

:    CIVIL ACTION
:    No. 12-4691

## ORDER

**AND NOW**, this 17th day of February, 2015, upon consideration of the attached communication, it is **ORDERED** that **on or before Friday, April 17, 2015**, Plaintiff's counsel must provide the Court with a status update of the related proceedings in state court.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to:

O:\ABB 2015\A - K\Church Mutual v. Wissinoming Order for Update in April.docx

1

RICHARD W. YOST
CHRISTOPHER M. TRETTA
JOHN M. CAMPBELL*
DONALD I. WALL
TIMOTHY R. CHAPIN
MICHAEL F. KERNOSCHAK*
DAVID B. FORBES*
LAURA TAYLOR WALL*
JAMES L. RICHARDS*

PHILLIP J. MEYER
OF COUNSEL

* ALSO ADMITTED IN NJ

**YOST & TRETTA, LLP**
ATTORNEYS AT LAW
TWO PENN CENTER PLAZA
SUITE 610
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
TELEPHONE
(215) 972-6600
TELECOPIER
(215) 972-6609

yt@yosttretta.com

NEW JERSEY OFFICE
228 EAST KINGS HIGHWAY
HADDONFIELD, NJ 08033
TELEPHONE
(856) 428-2122
TELECOPIER
(856) 428-9325

February 12, 2015

FEB 1 3 2015

**VIA HAND DELIVERY**

The Honorable Anita B. Brody
United States District Court, Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 7613
Philadelphia, PA 19106-1712

    Re:  **Church Mutual Insurance Co. v. Wissinoming United
           Methodist Church
           United States District Court for the
           Eastern District of Pennsylvania
           No. 12-4691
           Our File No. : 12-149-3408**

Dear Judge Brody:

    The instant declaratory judgment action concerns a question of insurance coverage for the claims asserted in the action, <u>Rennie, et al. v. Philadelphia Police Athletic League, et al.</u>, Court of Common Pleas, Philadelphia County, No. 3313, September 2012. Your Honor granted the parties' request to stay the instant action until the completion of discovery in the underlying action. Pursuant to your January 28, 2015 order, I am providing a status update of the <u>Rennie</u> action.

    The plaintiff filed a Fourth Amended Complaint in <u>Rennie</u>. Various defendants filed Preliminary Objections in May 2013. On July 21, 2014, the court overruled all of the Preliminary Objections. On September 17, 2014, the court denied the defendants' motion to allow for immediate appeal.

    Responsive pleadings were filed in <u>Rennie</u> through the end of September, 2014. Some written discovery has been served. Various discovery motions have also been filed. Most recently, on January 29, 2015, the court ordered the plaintiffs to serve

answers to Interrogatories and Requests for Production of Documents within twenty days.

Pursuant to the Rennie court's order, Joseph Bailey was deposed on November 11, 2014. Mr. Bailey is the contractor who allegedly removed asbestos from the Police Athletic League Center located in the basement of the Wissinoming United Methodist Church. We have been advised by defense counsel that no other depositions have been taken.

Since discovery has not been completed in the underlying Rennie action, we respectfully request that the instant action remain in Civil Suspense. Mr. Myers, counsel for defendant, Wissinoming United Methodist Church, joins in this request. We will continue to provide status reports at whatever frequency Your Honor requires.

Thank you.

Respectfully,

YOST & TRETTA, LLP

Richard W. Yost
Phillip J. Meyer
Laura Taylor Wall

RWY/PJM/mp
cc: Thomas S. Myers, Jr. Esquire (tsmlaw@ccis.net)